Argued March 15, affirmed April 19, 1976

HALL, *Respondent,*
*and*
HALL, *Appellant.*
(No. 75-1616-E-2, CA 5153)

548 P2d 211

*Alan B. Holmes* argued the cause for appellant.

*William H. Ferguson* argued the cause for respondent.

Before Schwab, Chief Judge, and Foley and Lee, Judges.

PER CURIAM.

Affirmed. *Tingen v. Tingen,* 251 Or 458, 446 P2d 185 (1968); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973).